# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CHARLIE P. WALKER,**

    **Petitioner,**

**v.**                                                                             Case No. 4:22-cv-4-AW-MJF

**RICKY D. DIXON,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Charlie P. Walker initiated this case with his § 2254 petition. The state responded, and Walker filed a reply. In a thorough report and recommendation, the magistrate judge concluded that the court should deny relief. There has been no objection to the report and recommendation. Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 14) and incorporate it into this order.

The clerk will enter a judgment that says, "The § 2254 petition is denied." A certificate of appealability is denied. The clerk will close the file.

SO ORDERED on January 17, 2023.

                                                      s/ *Allen Winsor*
                                                      United States District Judge